JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALISA GAIL REED-WEST, | Case No.: 2:20-cv-07215-JDE |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Dkt. 15), the above captioned matter is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED: March 04, 2021

_____
JOHN D. EARLY
United States Magistrate Judge